United States District Court
Southern District of Texas
**ENTERED**
May 06, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

LOYDA ALVAREZ, Individually and for
Others Similarly Situated,

v.

NES GLOBAL, LLC.

**Case No. 4:20-cv-01933**

## ORDER

Upon consideration of Plaintiffs' Unopposed Motion to Extend Time, any related filings and the record in this matter, said Motion is GRANTED.

It is hereby ORDERED that Plaintiffs' Response to Motion for Reconsideration and Stay is due May 6, 2024.

**SIGNED** at Houston, Texas on this the 6th of May, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE