# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

LOYDA ALVAREZ, individually and on behalf of all others similarly situated,

v.

NES GLOBAL, LLC,

Civil Action No. 4:20-cv-01933

## PLAINTIFFS' NOTICE OF APPEAL

The plaintiffs listed below appeal the Court's July 23, 2024 Judgment [ECF No. 149] to the United States Court of Appeals for the Fifth Circuit.

1. Albert Rodriguez;
2. An Ng;
3. Andrew Jamieson;
4. Andrew van Buren;
5. Antonio Wood;
6. Antonio Yanez;
7. Babak Akbari;
8. Billy Batey;
9. Braddley Burrell;
10. Bradley McFadden;
11. Buck Lindsay;
12. Cameron Wain;
13. Chad Dabney;
14. Charles Blanchard;
15. Charles Crawford;
16. Charles Hester;
17. Curtis Needham;
18. Darleen Blakley Henderson;
19. David Thomas;
20. David Vella;
21. Deloyd McDaniel;
22. Dennis Bond;
23. Doug Conn;
24. Douglas Wallace;
25. Edward Reyes;
26. Emmett Egnew;
27. Gary Holt;
28. Gerald Beer;
29. Gerard Shallow;
30. Gregory Smith;
31. Herbert Temple;
32. Ian Magee;
33. Jack Wall;
34. James Bertagnolli;
35. James DeMouy;
36. James McGowan;
37. Jeremy Hippler;
38. Jimmy Phillips;
39. John Lauterbach;
40. John Sanchez;
41. Jolyn Anderson;
42. Jon Hilton;
43. Josh Clifford;
44. Karen Heady;
45. Kerry Traynum;
46. King Torres;
47. Larry Moerbe;
48. Lawrence Dautel;

| | | | |
|---|---|---|---|
| 49. | Loyda Alvarez; | 64. | Robert Hodge; |
| 50. | Luis Perez; | 65. | Robert Williamson; |
| 51. | Marc Shaffer; | 66. | Rodney Cressionnie; |
| 52. | Mark Erickson; | 67. | Ronald Watson; |
| 53. | Martin Lee; | 68. | Ryan Thompson; |
| 54. | Matthew Scott; | 69. | Sammie Dunn;[1] |
| 55. | Michael Powell; | 70. | Thomas Petersen; |
| 56. | Michael Robinson; | 71. | Traci Hall; |
| 57. | Neal Lonion; | 72. | Tyler Brown; |
| 58. | Patrick Mouna; | 73. | Wallace Lew; |
| 59. | Paul Volpe; | 74. | William Horne; |
| 60. | Ralph Flanagan; | 75. | William Horton; |
| 61. | Randal Patches; | 76. | William McMillian; |
| 62. | Rembert Gomez; | 77. | Yanya Viskovich; and |
| 63. | Richard McSween; | 78. | Zane Jobe. |

This notice of appeal is filed within the time limit set forth in FRAP 4(a)(3). NES's appeal has been docketed as Case No. 24-20480 (5th Cir.).

Dated: November 7, 2024                    Respectfully submitted,

**BRUCKNER BURCH PLLC**

By: /s/ David I. Moulton
_____
Richard J. (Rex) Burch
Texas Bar No. 24001807
Fed. ID No. 21615
David I. Moulton
Texas Bar No. 24051093
Fed. ID No. 608063
11 Greenway Plaza, Suite 3025
Houston, Texas 77046
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
rburch@brucknerburch.com
dmoulton@brucknerburch.com

---

[1] Sammie Dunn is "substituted by Ledys Dunn, as the Independent Executor of the Estate of Sammie D. Dunn as an opt-in plaintiff in this Action." *See* ECF No. 152, Order for Substitution of Parties Pursuant to Fed. R. Civ. P. 25(a).

        **Michael A. Josephson**
        Texas Bar No. 24014780
        Fed. ID No. 27157
        **Andrew W. Dunlap**
        Texas Bar No. 24078444
        Fed. ID No. 1093163
        **JOSEPHSON DUNLAP, LLP**
        11 Greenway Plaza, Suite 3050
        Houston, Texas 77005
        713-352-1100 – Telephone
        713-352-3300 – Facsimile
        mjosephson@mybackwages.com
        adunlap@mybackwages.com

        **Attorneys for Plaintiffs**

## CERTIFICATE OF SERVICE

On November 7, 2024 I served a copy of this document on all registered parties and/or their counsel of record via the Court's CM/ECF system.

        /s/ David I. Moulton
        _____
        David I. Moulton